**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | | |
|---|---|---|
| HAROLD MOODY, | : | **CIV. NO. 18-5363 (RMB)** |
| Plaintiff | : | |
| v. | : | **MEMORANDUN AND ORDER** |
| R. NEWLAND, MD/CD, *et al.*, | : | |
| Defendants | : | |

This matter comes before the Court upon Plaintiff's motion for default judgment. (Mot. for Default Judgment, ECF No. 29.) Plaintiff filed this Bivens action on April 3, 2018. (Compl., ECF No. 1.) On August 16, 2018, the Court screened the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b), and permitted the Bivens claims against Dr. Newland, Dr. Sceusa, and MLP Vicente to proceed, and dismissed the Bivens claim against Dr. Thomas without prejudice. (Opinion, ECF No. 6; Order, ECF No. 7.)

Plaintiff now seeks default judgment against Defendants Newland, Sceusa and Vicente. Pursuant to Federal Rule of Civil Procedure 55, the Court cannot grant a motion for default judgment until default is entered.

**IT IS** therefore on this **14th** day of **August 2019,**

**ORDERED** that Plaintiff's motion for default judgment (ECF No. 29) is denied without prejudice; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. mail.

<u>s/Renée Marie Bumb</u>
**RENÉE MARIE BUMB**
**United States District Judge**
